# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS PERKINS

NO. 2021 KW 0765

JULY 7, 2021

---

In Re:    Dennis Perkins, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 19-FELN-40299.

---

BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.

**WRIT GRANTED.** Under the particular facts and circumstances of the instanct case, where defense counsel has demonstrated that the trial of the instant matter and a first degree murder trial in another parish, in which he is also counsel of record, are commencing on the same day, the district court abused its discretion in denying relator's motion to continue the instant trial where there have been no continuances. See La. Code Crim. P. art. 712; Cf. **State v. Cinquemano**, 2018-0532 (La. App. 4th Cir. 10/24/18), 257 So.3d 234, writ denied, 2018-1872 (La. 4/29/19), 268 So.3d 103. The district court's ruling on relator's motion to continue is reversed, and the matter is remanded to the district court for further proceedings.

**VGW**
**JEW**


Wolfe, J., dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT